NO. 30395

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

FILED
2010 APR -5 AM 8:56
E.M. RIMANDO
CLERK APPELLATE COURTS
STATE OF HAWAI'I

RONALD HANSON and KATHY HANSON, Petitioners,

vs.

THE HONORABLE GARY W. B. CHANG, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, and
CLERK OF THE CIRCUIT COURT OF THE FIRST CIRCUIT,
STATE OF HAWAI'I, Respondents.

ORIGINAL PROCEEDING
(CIVIL NO. 09-1-1935)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of petitioners Ronald Hanson's and Kathy Hanson's March 23, 2010 papers requesting this court to "intervene in [its] supervisory capacity," which we treat as a petition for writ of mandamus, as supplemented by petitioners' March 29, 2010 papers, it appears that petitioners fail to demonstrate a clear and indisputable right to relief. Therefore, petitioners are not entitled to mandamus relief. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (A writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action.). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, April 5, 2010.